The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Richard DiMaio,<br><br>Plaintiff,<br><br>vs.<br><br>County of Snohomish, Department of the Sheriff, and Ty Trenary, in his official capacity as Snohomish County Sheriff,<br><br>Defendants. | 17-cv-00128-JLR<br><br>ORDER ON STIPULATION OF PARTIES TO EXTEND DEADLINES [~~PROPOSED~~] *JLR*<br><br>CLERK'S ACTION REQUIRED |

The undersigned Judge of the United States District Court for the Western District of Washington, having considered the Stipulation of Parties to Extend Deadlines (Dkt. #15) noted for consideration for Friday, May 26, 2017;

NOW, THEREFORE said motion is granted. The case schedule shall be amended and the deadlines set forth in the April 13, 2017 scheduling order, and as amended in its April 27, 2017 docket entry, so as to make such deadlines fall ~~30 days~~ *within a reasonable amount of time* after the Court has considered Defendants' motions to dismiss and for a more definite statement.

IT IS SO ORDERED.

ORDER ON STIPULATION OF PARTIES TO EXTEND
DEADLINES (USDC 17-cv-00128-JLR) - 1

S:\Civil\Litigation\DiMaio.v.Sno.Co.et.al.C17-023(USDC_17-cv-128-JLR)\Pldgs\Stip.extend.deadlines-proposed.order.docx

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

The Clerk is directed to send copies of this Order to all Parties or their Counsel of record.

DATED this 29 day of May, 2017.

_____
Honorable James L. Robart
UNITED STATES DISTRICT COURT JUDGE

ORDER ON STIPULATION OF PARTIES TO EXTEND
DEADLINES (USDC 17-cv-00128-JLR) - 2

S:\Civil\Litigation\DiMaio.v.Sno.Co.et.al.C17-023(USDC_17-cv-128-JLR)\Pldgs\Stip.extend.deadlines-proposed.order.docx

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333