UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD DIMAIO, | CASE NO. C17-0128JLR |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| COUNTY OF SNOHOMISH, et al., | |
| Defendants. | |

On August 2, 2017, the court directed *pro se* Plaintiff Richard DiMaio to file an amended complaint no later than August 22, 2017, and accomplish proper service of process no later than August 31, 2017. (8/2/17 Order (Dkt. # 20)). On August 18, 2017, Mr. DiMaio filed his amended complaint (FAC (Dkt. # 22)), but has not filed with the court proof of proper service of the amended complaint, (*see* Dkt.); Fed. R. Civ. P. 4(l).

Accordingly, the court ORDERS Mr. DiMaio to SHOW CAUSE no later than ten (10) days of the date of this order why this action should not be dismissed for failure to comply with the court's August 2, 2017, order (Dkt. # 20). If Mr. DiMaio does not

ORDER - 1

demonstrate good cause for the failure, the court will dismiss the action without prejudice.

Dated this 8th day of September, 2017.

JAMES L. ROBART
United States District Judge