UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD DIMAIO,<br><br>               Plaintiff,<br>    v.<br><br>COUNTY OF SNOHOMISH, et al.,<br><br>             Defendants. | CASE NO. C17-0128JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On September 8, 2017, the court ordered pro se Plaintiff Richard DiMaio to show cause (OSC (Dkt. # 29)) why this case should not be dismissed for failure to comply with the court's August 2, 2017, order, which directed Mr. DiMaio to serve Defendants no later than August 31, 2017 (8/2/17 Order (Dkt. #20)). On September 11, 2017, Mr. DiMaio filed proof of service indicating that on August 25, 2017, he served Defendants with a copy of the summons and complaint. (*See* Resp. to OSC (Dkt. # 30) at 3.)

Accordingly, the court will not dismiss Mr. DiMaio's case for failure to comply with the court's August 2, 2017, order.

Filed and entered this 14th day of September, 2017.

                                            WILLIAM M. MCCOOL
                                            Clerk of Court

                                            s/ Ashleigh Drecktrah
                                            Deputy Clerk